IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHARLES A. WEBB                                                                 PLAINTIFF

VS.                            NO. 1:04CV00107GH

MBNA AMERICA BANK (DELAWARE), N.A.                          DEFENDANTS
CACV, INC.
CACV OF COLORADO, LLC
NATIONAL ARBITRATION FORUM, INC.

## MOTION TO DISMISS

Comes now CACV, INC; CACV OF COLORADO, LLC, (CACV) by and through its attorneys, The McHughes Law Firm, and for its Motion to dismiss states:

1. The Plaintiff, Charles Webb, has frivolously brought this cause of action under Fair Debt Collection Practice Act, 15 U.S.C. 1601 and the Uniform Arbitration Award, 9 U.S.C. 1 et seq., trying to invoke the jurisdiction of this Court.

2. The Defendant, CACV, has a pending petition to enforce the defendant's arbitration award in the Circuit Court of Sharp County, Arkansas regarding this same cause of action, thus, the jurisdiction of this Court is improper. The proper avenue for the Plaintiff to pursue would have been to file a counter-claim in the Circuit Court of Sharp County, Arkansas, or in the alternative to have the Case No 2004 -159 removed to the federal district court. Under F.R.C.P. 12(b)(1) this cause of action should be dismissed for lack of jurisdiction

3. The Plaintiffs cause of action should be dismissed pursuant to F.R.C.P 12 (b)(6), for failure to state a claim for which relief can be granted.

4. The Plaintiffs cause of action is based on FDCPA. Under Section 813(d) [15 U.S.C. 1692(k)] of the FDCPA there is a one (1) year statute of limitations. "An action to enforce any liability created by this title may be brought in any appropriate United States district court without to the amount in controversy, or in any other court of competent jurisdiction, within one year from the date on which the violation occurs."

5. MBNA AMERICA account number 4312 0227 8702 7851 belonging to the defendant, Charles Webb, was charged off on November 3,2001. On or about on November 11,2001, MBNA America Bank, NA did sell, set over and transfer to CACV, Inc., the account of Charles A. Webb, account 4313 0227 8702 7851 a.k.a. 4313 0229 9969 5842. Thereafter, on September 25th 2002, the account was assigned from CACV, Inc. to CACV of Colorado, LLC, an affiliate limited liability company. (Exhibits 1,2, and 3)

6. On July 31,2002, the defendant was forwarded a verification of the debt. The verification was in response to the defendant's dispute.

7. Thereafter the matter was submitted to arbitration pursuant to the credit card agreement. (Exhibit 4_). On July 31,2002, the Defendant, CACV, submitted documentation in compliance with the Order of Arbitrator, Jim Lyons. On September 19,2003, the Plaintiff, Charles Webb, through representation of counsel, Mark R. Johnson, submitted correspondence pursuant to the Order of the Arbitrator, Jim Lyons. (Exhibits 5 and 6).

8. On November 6,2003, an arbitration award was entered in favor of the Defendant in the amount of $16, 827.84.(Exhibit 7)

9. The arbitration award was forwarded to the McHughes Law Firm in Little Rock, Arkansas on February 23,2004. On October 7,2004, a Petition to Enforce Arbitration Award (Exhibit 8), was filed with the Circuit Court of Sharp County, Arkansas and served upon the Plaintiff, October 14,2004(Exhibit 9). In December 2004, the Plaintiff filed this cause of action in this court in response to a pending state action.

WHEREFORE, PREMISES CONSIDERED the Defendant, CACV respectfully request that this Court dismiss this cause of action, under F.R.C.P. 12(b)(1)(6) that it is a frivolous filing, that the proper procedure for the defendant was to either file a counter-claim in state court or to have the state court action removed to this court's jurisdiction.

Respectfully Submitted,

**ORIGINAL SIGNED BY:
BECKY A. MCHUGHES**

---

Becky A. McHughes (03024)
The McHughes Law Firm
P.O. Box 2180
917 W. 2nd Street
Little Rock, AR 72203
501-376-9131

## CERTIFICATE OF SERVICE

      I, Becky A. McHughes, do hereby certify that on January 28, 2005 a true and correct copy of the foregoing MOTION TO DISMISS was mailed by placing the same in the United States Mail, postage prepaid to insure delivery to :

J. Fletcher See, III
Attorney for Plaintiff
10800 Financial Centre Parkway
Little Rock, Arkansas 72111

                                            **ORIGINAL SIGNED BY:**
                                            **BECKY A. MCHUGHES**

                                            _____

                                            Becky A. McHughes

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

*Exhibits Attached to Original Document in Courts's Case File*