

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHARLES A. WEBB**                          **PLAINTIFF**

VS.                    NO. 1:04CV00107GH

**MBNA AMERICA BANK (DELAWARE), N.A.**
**CACV, INC.**
**CACV OF COLORADO, LLC**
**NATIONAL ARBITRATION FORUM, INC.**           **DEFENDANTS**

## MEMORANDUM BRIEF IN SUPPORT OF MOTION TO DISMISS

A. Untimely Service of Process. The summons was not served until 122 days after the Complaint was filed, and as a result, service was untimely pursuant to Rule 4(m), FRCP. The claims against National Arbitration Forum should be dismissed pursuant to Rule 12(b)(5).

B. The Complaint is untimely because Plaintiff participated in the arbitration proceeding, a decision was rendered, and '[n]otice of a motion to vacate, modify or correct an award must be served upon the adverse party or his attorney within three months after the award is filed or delivered.' 9 U.S.C. §12. Plaintiff did not comply with these requirements, and as a result, his complaint in this action is untimely.

C. Arbitral Immunity bars the Plaintiff's claims against National Arbitration Forum. Any action against NAF as a party is improper due to the doctrine of arbitral immunity. *See Olson v. Nat'l Ass'n of Securities Dealers*, 85 F.3d 381, 382-83 (8th Cir. 1996) (dismissing claim against NASD on the grounds that arbitral immunity applied to protect NASD, the sponsoring organization); *Smith v. Shell Chemical Co.*, 333 F. Supp. 2d 579 (M.D. La. 2004) (dismissing AAA from the suit because the doctrine of arbitral immunity applied); *Hudson v.*

*Am. Arbitration Ass'n*, 101 Fed. Appx. 947, 2004 WL 1367591, at *1 (5th Cir. 2004) (applying arbitral immunity in dismissing suit against AAA); *Jason v. Am. Arbitration Ass'n*, 2002 WL 1059005, at *1, 2 (E.D. La. 2002) (dismissing action against AAA because doctrine of arbitral immunity applied); *Int'l Med. Group, Inc. v. Am. Arbitration Ass'n*, 312 F.3d 833, 840 (7th Cir. 2002) (dismissing AAA from the suit because AAA was unnecessary for resolution of the claim and because arbitral immunity applied to protect AAA); *New England Cleaning Servs., Inc. v. Am. Arbitration Ass'n*, 199 F.3d 542, 545 (1st Cir. 1999) (dismissing AAA from the suit because AAA was protected by arbitral immunity); *Hawkins v. Nat'l Ass'n of Securities Dealers*, 149 F.3d 330, 332 (5th Cir. 1998) (dismissing NASD from the suit because arbitral immunity applied); *Stasz v. Schwab*, 17 Cal. Rptr. 3d 116, 126-27 (Cal. Ct. App. 2004) (recognizing the extension of arbitral immunity to protect the arbitration administrator from liability); *Thiele v. RML Realty Partners*, 18 Cal. Rptr. 2d 416 (Cal. Ct. App. 1993) (affirming a decision extending arbitral immunity to sponsoring organization); *Hospitality Ventures of Coral Springs, L.C. v. Am. Arbitration Ass'n*, 755 So. 2d 159, 160 (Fla. Dist. Ct. App. 2000) (dismissing a claim against AAA recognizing the proper parties to a suit are the parties to the arbitration agreement); *McKown v. Am. Arbitration Ass'n*, 444 S.E. 2d 114, 115 (Ga. Ct. App. 1994) (dismissing action against AAA after recognizing AAA did not have an interest in the subject matter of the controversy); *Higdon v. Constr. Arbitration Assocs.*, 71 S.W.3d 131, 132 (Ky. Ct. App. 2002) (affirming decision to dismiss suit against arbitration association after applying doctrine of arbitral immunity); *Boraks v. Am. Arbitration Ass'n*, 517 N.W.2d 771, 772 (Mich. Ct. App. 1994) (recognizing extension of doctrine of

arbitral immunity for protection of sponsoring arbitration organizations); *New Creative Enters., Inc. v. Dick Hume & Assocs., Inc.*, 1993 WL 4127, at *1, 3 (Minn. Ct. App. 1993) (upholding decision to dismiss claims against AAA under doctrine of arbitral immunity); *Seligman v. Allstate Ins. Co.*, 756 N.Y.S.2d 403, 406 (N.Y. App. Div. 2003) (recognizing that the arbitration organization does not have authority to grant petitioner relief and granting arbitration organization's motion to dismiss); *Garcia v. Wayne Homes, LLC*, 2002 WL 628619, at *1, 16 (Ohio Ct. App. 2002) (dismissing arbitration organization from suit after recognizing doctrine of arbitral immunity).

Rather than suing the arbitration administrator, the remedy for alleged impropriety in the arbitration process is for the wronged party to seek review of the arbitration decision. Like a clerk of court, the NAF does not review the legal sufficiency of claims when they are filed with it. That job is for the arbitrator. As such, courts recognize that an arbitration administrator is not a proper party to a lawsuit and should be spared the burden of litigating the appropriateness of its exercise of jurisdiction. *Int'l Med. Group, Inc. v. Am. Arbitration Ass'n*, 312 F.3d 833, 844 (7th Cir. 2002). The doctrine of arbitral immunity is analogous to judicial immunity, and one of the purposes of arbitral immunity is to protect decision-makers from undue influence and to protect the decision-making process from "reprisals by dissatisfied litigants." *See New England Cleaning Servs., Inc. v. Am. Arbitration Ass'n*, 199 F.3d 542, 545 (1st Cir. 1999) (stating "an arbitrator's role is functionally equivalent to a judge's role") (quoting *Olson v. Nat'l Ass'n of Securities Dealers*, 85 F.3d 381, 382-83 (8th Cir. 1996)).

For each of the foregoing reasons, National Arbitration Forum is entitled to have the Complaint against it dismissed.

NATIONAL ARBITRATION FORUM, INC.

**By Its Attorneys**

ROBINSON, STALEY, MARSHALL & DUKE, P.A.
400 West Capitol, Suite 2891
Little Rock, Arkansas 72201
(501) 374-3818

By: *Wm. David Duke*

### CERTIFICATE OF SERVICE

I, Wm. David Duke, hereby certify that a copy of the foregoing pleading has been served on the following counsel via U.S. Mail, postage prepaid, on May 9, 2005:

Mr. J. Fletcher See, III
10800 Financial Centre Parkway
Suite 240
Little Rock, AR 72111

Ms. Becky A. McHughes
The McHughes Law Firm
P. O. Box 2180
917 W. 2nd Street
Little Rock, AR 72203

*Wm. David Duke*
Wm. David Duke

P:\WDD\7088.National arbitration forum brief.wpd

-4-